■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRENCE WESTON, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Rohl, J.), rendered March 4, 1985.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Thompson, J. P., Eiber, Sullivan and Harwood, JJ., concur.